**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>HYDE PARK COMMUNICATIONS, INC., a District of Columbia corporation,<br><br>Defendant. | Case No.: 2:10-cv-001064-HDM-RJJ<br>ORDER on<br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Righthaven LLC ("Righthaven") filed a Complaint (Docket No.: 1) on Wednesday, June 30, 2010 for copyright infringement against Hyde Park Communications ("Hyde Park"). Righthaven and Hyde Park have agreed to settle the matter by a written agreement.

    Therefore, Righthaven hereby voluntarily dismisses this action with prejudice, pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i).

1

Dated this third day of August, 2010.

RIGHTHAVEN LLC

By: /s/ J. Charles Coons
STEVEN A. GIBSON, ESQ.
Nevada Bar No. 6656
J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
Attorneys for Plaintiff

ORDER

Pursuant to plaintiff Righthaven LLC's Voluntary Dismissal with Prejudice (#6), this action is DISMISSED with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

It is so ORDERED.

Dated: August 3, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

2